# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:06cv0872 TCM |
| TRANS STATES AIRLINES, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

This closed case is before the Court on the parties' competing motions about the amount of supersedes bond to be posted by Trans States Airlines, LLC (TSA). Air Line Pilots Association, International (ALPA) moves for an additional bond[1] of $23,148. This amount represents the difference between the current bond and the amount of interest that will accumulate on the judgment between January 2010 and May 2011. Should the additional bond not be ordered, ALPA requests that the stay be modified to permit it to execute on the $23,148 difference. Conversely, TSA moves for an order approving the current supersedes bond and staying proceedings to enforce the judgment.

Having reviewed the motions, the supporting memorandums, and ALPA's response to TSA's motion and reply to TSA's response to its motion, including the attached affidavit and copy of TSA correspondence,

**IT IS HEREBY ORDERED** that the motion of plaintiff Air Line Pilots Association, International, for an increase in the supersedes bond or, alternatively, to modify the stay is **DENIED**. [Doc. 72]

---

[1] A supersedes bond in the amount of $176,852.00 was earlier posted. The amount of this bond is the sum of the judgment, $162,269.50, plus interest through December 31, 2009.

**IT IS FURTHER ORDERED** that the motion of Trans States Airlines, LLC, for approval of supersedes bond and to stay proceedings is **GRANTED**. [Doc. 73] Bond is again approved in the amount of $176,852.00. Enforcement proceedings are hereby STAYED pending the conclusion of the appeal.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  9th  day of August, 2010.